IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:23-cr-78

MICHAEL ANDREW WIDROFF

## BRIEF IN SUPPORT OF JOINT MOTION OF THE PARTIES TO CONTINUE POTENTIAL GUILTY PLEA PROCEEDING UNTIL OCTOBER 12, 2023

COMES NOW the defendant, Michael Andrew Widroff, by counsel, and as and for his brief in support of Joint Motion Of The Parties To Continue Potential Guilty Plea Proceeding Until October 3, 2023, respectfully states as follows:

On September 19, 2023, the Court entered an Order converting the originally scheduled trial date of October 2, 2023 to a hearing on October 3, 2023 at 10 a.m. for "either a plea hearing or status hearing." Court's 09/19/2023 Order at p. 2.

The basis for the Court's Order was the parties' request for additional time prior to trial to attempt to address plea discussions.

Since the entry of the Court's Order, counsel for the parties have had extensive, ongoing plea discussions in writing; by phone; and in person; and, counsel for the defendant has had similarly extensive communications on this subject with the defendant, both by phone and in person, and with the defendant's very involved family by phone.

The parties have made considerable progress and are extremely close to reaching a Plea Agreement that would obviate the need both for trial as well as for a hearing on defendant's pending pretrial motions.

However, the subject plea discussions still involve a number of "moving parts," so to speak, and the parties find that a brief additional period of time to allow the parties

1

hopefully to finalize the details of a Plea Agreement would be necessary.

Accordingly, subject to the Court's approval of the herein Joint Motion, the Government agrees to extend the final deadline for accepting a Plea Agreement until this Friday, October 6, 2023 at the close of business. The parties further respectfully request that the Court still conduct the status hearing tomorrow in person so that counsel and the Court may confirm the proposed schedule herein, but respectfully request that the Court enter an Order today, if possible, continuing the plea portion of the October 3 hearing until Thursday, October 12, 2023 at 1:00 p.m. when pretrial motions are tentatively scheduled to be argued.

In this fashion, if the parties reach a Plea Agreement by the end of the week (as is likely), then the Court would be in a position to remove the motions from the October 12 hearing and instead entertain a guilty plea at that time.

On the other hand, if an agreement is not reached by the end of this week (which, again, the parties are optimistic can be attained), then the Court and the parties would still be in a position to move forward on October 12 with the pretrial motion hearing.

As represented in the accompanying Motion, the undersigned counsel has discussed the instant request with counsel for the Government, who join in the instant Motion.

For all of the foregoing reasons, therefore, the defendant respectfully submits that he has demonstrated good cause for one final brief continuance of the possible plea hearing from October 3 to October 12, 2023.

                                           MICHAEL ANDREW WIDROFF
                                           By: _____/s/_____
                                                  Andrew M. Sacks, Esquire

Andrew M. Sacks, Esquire, VSB#: 20082

Attorney for defendant Michael Widroff
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 505
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

| | | |
|---|---|---|
| Victoria Liu, Esquire | and | Elizabeth M. Yusi, Esquire |
| Special Assistant United States Attorney | | Assistant United States Attorney |
| United States Attorney's Office | | United States Attorney's Office |
| 101 West Main Street, Suite 8000 | | 101 West Main Street, Suite 8000 |
| Norfolk, VA 23510 | | Norfolk, VA 23510 |
| Telephone: 757-441-6331 | | Telephone: 757-441-6331 |
| Facsimile: 757-441-6689 | | Facsimile: 757-441-6689 |
| E-mail: Victoria.Liu@usdoj.gov | | E-mail: Elizabeth.Yusi@usdoj.gov |

/s/
Andrew M. Sacks, Esquire

Andrew M. Sacks, Esquire, VSB#: 20082
Attorney for defendant Michael Widroff
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 505
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

F:\IC\WIDROFF Michael\BriefJointMotContGP10 2 2023.doc