IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.   Case No. 2:23-cr-78 (EWH)

MICHAEL ANDREW WIDROFF

TO: The Honorable Fernando Galindo
Clerk, United States District Court,
and
All parties of record.

### DEFENDANT MICHAEL ANDREW WIDROFF'S BRIEF IN SUPPORT OF UNOPPOSED MOTION FOR A 2-DAY EXTENSION OF TIME WITHIN WHICH TO FILE POSITION PAPER

COMES NOW the defendant, Michael Andrew Widroff, by counsel, and, as and for his Brief In Support Of Unopposed Motion For A 2-Day Extension Of Time Within Which To File Position Paper, respectfully states as follows:

Pursuant to a previously filed unopposed motion, the Court continued the defendant's sentencing from April 8, 2024, until May 7, 2024, to permit the defendant and his counsel to complete mental health evaluations and workups to develop possible extenuating and mitigating sentencing evidence.

The defendant's mental health evaluator has completed his work but was only just able to forward a proposed report to defense counsel for his review late yesterday afternoon, Sunday, April 21, 2024.

In order to properly address this potential evidence, given the timing of its receipt, defense counsel needs several additional days both to review the report, have time to review it with the defendant, and then ideally attach it as a sealed exhibit to the Position Paper.

The defendant respectfully represents that if this extension is granted, it will not

1

affect or alter the currently scheduled sentencing date of May 7, for which date defendant and his counsel have been steadily working to arrange for appropriate witnesses and other sentencing evidence.

As represented in defendant's attendant Unopposed Motion For A 2-day Extension Of Time Within Which To File Position Papers, Government counsel have agreed to consent to a 2-day extension of the deadline within which to file the parties' Position Papers.

Inasmuch as that the parties agree on this request, that no prejudice will inure to either party if the extension is granted, and that the sentencing date will not change, the defendant respectfully submits that he has demonstrated good cause for the entry of the proposed Consent Order For Extension Of Time Within Which To File Position Paper.

MICHAEL ANDREW WIDROFF
_____/s/_____
Andrew M. Sacks, Esquire

Andrew M. Sacks, Esquire, VSB#: 20082
Attorney for defendant Kevin Jones
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 505
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

| | | |
|---|---|---|
| Victoria Liu, Esquire, Esquire<br>Assistant United States Attorney<br>United States Attorney's Office<br>101 West Main Street, Suite 8000<br>Norfolk, Virginia 23510<br>Phone: (757) 441-6331<br>Fax: (757) 441-6689<br>Email: Victoria.Liu@usdoj.gov | and | Beth Yusi, Esquire<br>Criminal Chief (Norfolk)<br>United States Attorney's Office<br>101 West Main Street, Suite 8000<br>Norfolk, VA 23510<br>Phone: 757-441-6331<br>Fax: 757-441-6689<br>E-mail: Elizabeth.Yusi@usdoj.gov |

                                                                                           /s/<br>
                                                              Andrew M. Sacks, Esquire

F:\IC\WIDROFF Michael\Brief.4 22 2024.doc